Karen L. Uno (SBN 117410)
Teri Mae Rutledge (SBN 261229)
COZEN O'CONNOR
575 Market Street, Suite 2200
San Francisco, CA  94105
Tel:      415.644.0914
Fax:     415.644.0978
Email:   kuno@cozen.com
         trutledge@cozen.com

Attorneys for Plaintiff
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>ALVIN SOCKOLOV,<br><br>           Defendant. | Case No.: 2:15-CV-02371-TLN-AC<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE RE MOTION TO DISMISS [DKT. 5]** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Allied Property & Casualty Insurance Company and Defendant Alvin Sockolov (collectively "Parties"), by and through their respective attorneys of record, as follows:

1. The reason for this Stipulation is that Parties believe they have reached an agreement in principle resolving their dispute. Parties wish to continue the pending Motion to Dismiss to finalize their agreement.

2. Defendant's Motion to Dismiss, currently set for February 11, 2016 at 2:00 p.m. in Courtroom 2, is continued to February 25, 2016 at 2:00 p.m. in Courtroom 2. Plaintiff's opposing papers will be due not less than 14 days before the date of the continued hearing. Any Reply by Defendant will be due not less than 7 days before the date of the continued hearing.

1  3.   Parties further agree that, should the above-referenced proposed dates be
2  inconvenient or unacceptable to the Court for any reason, that the Court has the discretion to set
3  other dates that are more convenient or acceptable.  Counsel respectfully request that the current
4  hearing date be continued to a date that is later than February 25, 2016.

5  SO STIPULATED.
6
7  Dated:   January 25, 2016              COZEN O'CONNOR
8
9                                         By:   /s/
                                           Karen L. Uno
10                                         Teri Mae Rutledge
                                           Attorneys for Plaintiff
11                                         ALLIED PROPERTY & CASUALTY
                                           INSURANCE COMPANY
12  Dated:   January 25, 2016              ROSENTHAL & KREEGER, LLP
13
14                                         By:   /s/
                                           Christopher L. Kreeger
15                                         Attorneys for Defendant
                                           ALVIN MARK SOCKOLOV
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause therefor, hereby issues an Order to:

1. Continue the hearing on Defendant ALVIN MARK SOCKOLOV's Motion to Dismiss from February 11, 2016 at 2:00 p.m., to February 25, 2016 at 2:00 p.m.

2. Plaintiff's opposing papers will be due not less than 14 days before the date of the continued hearing.

3. Any reply by Defendant will be due not less than 7 days before the date of the continued hearing.

IT IS SO ORDERED.

Dated: January 26, 2016

Troy L. Nunley
United States District Judge